STIPULATION FOR <u>DISMISSAL OR SETTLEMENT</u> OF CASES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION 1357 OF THE LABORERS INTERNATIONAL UNION Of NORTH AMERICA ]<br><br>Plaintiff, ]<br><br>vs. ]<br><br>PACE INDUSTRIES AIRO DIE CAST, Inc., PACE INDUSTRIES, INC., PACE INDUSTRIES, INC. t/d/b/a PACE INDUSTRIES/AIRO DIVISION, PACE INDUSTRIES LATROBE PLASTIC COMPANY, PACE INDUSTRIES, LLC, ]<br><br>Defendants. ] | Civil Action No. 2:21-CV-1098 |

I, Richard P. Gilardi, attorney for the Plaintiffs, do hereby stipulate that

<u>the within action is settled and discontinued</u>   _____

and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

                                                By:    /s/Richard P. Gilardi
                                                           Richard P. Gilardi, Esquire
                                                           Counsel for Plaintiff

                                                           GILARDI, OLIVER & LOMUPO
                                                           PA I.D. #66973
                                                           200 First Avenue, Suite 400
                                                           Pittsburgh, PA  15222
Dated: <u>September 13, 2021</u>               (412) 391-9770

**ORDER**

AND NOW, this _____ day of _____ 20___, IT IS SO ORDERED.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE