STIPULATION FOR <u>DISMISSAL OR SETTLEMENT</u> OF CASES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION 1357 OF THE<br>LABORERS INTERNATIONAL UNION<br>Of NORTH AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>PACE INDUSTRIES AIRO DIE CAST, Inc.,<br>PACE INDUSTRIES, INC.,<br>PACE INDUSTRIES, INC. t/d/b/a PACE<br>INDUSTRIES/AIRO DIVISION,<br>PACE INDUSTRIES LATROBE<br>PLASTIC COMPANY,<br>PACE INDUSTRIES, LLC,<br><br>    Defendants. | Civil Action No. 2:21-CV-1098 |

I, Richard P. Gilardi, attorney for the Plaintiffs, do hereby stipulate that

<u>the within action is settled and discontinued</u>

and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

                By: /s/Richard P. Gilardi
                   Richard P. Gilardi, Esquire
                   Counsel for Plaintiff

                   GILARDI, OLIVER & LOMUPO
                   PA I.D. #66973
                   200 First Avenue, Suite 400
                   Pittsburgh, PA  15222
Dated: <u>September 13, 2021</u>      (412) 391-9770

**ORDER**

AND NOW, this _13th_ day of _September_ 2021, IT IS SO ORDERED.

                   _____
                   UNITED STATES DISTRICT JUDGE